# Exhibit B

### IN THE STATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| WAAZEER NELLDELL,<br><br>        Plaintiff,<br><br>v.<br><br>MSI CREDIT SOLUTIONS, LLC,<br>Sometimes d/b/a HomePath 360,<br><br>        Defendant. | Civil Action File<br>No. 21A01743 |

## **NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that on May 20th, 2021, Defendant MSI Credit Solutions, LLC filed a Notice of Removal of the above-captioned matter in the United States District Court for the Northern District of Georgia, Atlanta Division. Attached as Exhibit "A" is a true and correct copy of Defendant's Notice of Removal. Notice is hereby provided simultaneously to all adverse parties pursuant to 28 U.S.C. § 1446(d).

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Filing Notice of Removal with this Court, effects the removal of this action and requires that "the State Court shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted this 20th day of May, 2021.

/s/ *James W. Cobb*
James W. Cobb
Georgia Bar No. 420133
Cameron B. Roberts
Georgia Bar No. 599839

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
(404) 596-5600 – Office
(404) 596-5604 – Facsimile
jcobb@caplancobb.com
croberts@caplancobb.com

*Counsel for Defendant MSI Credit Solutions, LLC*

# **CERTIFICATE OF SERVICE**

The undersigned, on behalf of the Defendant, does hereby certify that he has this day served a true and correct copy of the foregoing document on all parties by causing a copy of the same to be delivered by electronic mail and by U.S. Mail, postage prepaid, upon the following:

Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189

*Counsel for Plaintiff*

Respectfully submitted this 20th day of May, 2021.

*/s/ James W. Cobb*
James W. Cobb
Georgia Bar No. 420133
Cameron B. Roberts
Georgia Bar No. 599839


**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
(404) 596-5600 – Office
(404) 596-5604 – Facsimile
jcobb@caplancobb.com
croberts@caplancobb.com

*Counsel for Defendant MSI Credit Solutions, LLC*